IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL -8 PM 3: 38

| | |
|---|---|
| IN RE: OODC, LLC, <br> f/k/a Optical Datacom, LLC, <br>         Debtor. <br><br> FREDERICK B. ROSNER, as chapter 11 trustee for the estate of OODC, LLC, f/k/a Optical Datacom, LLC, <br><br>         Plaintiff, <br><br> v. <br><br> ANIXTER, INC., <br><br>         Defendant. | Bankruptcy Case 01-11322 <br> Chapter 11 <br><br> Adversary No. 02-05965 <br><br><br><br><br> Civil Action No. 04-1382-KAJ |

## ORDER

On January 25, 2005, the Court received a letter from Steven Kortanek, Esq. stating that this case had settled (D.I. 7). No further correspondence or stipulation of dismissal has been received by the Court as of this date. Therefore,

IT IS HEREBY ORDERED that the parties shall file with the Court a stipulation of dismissal within ten days from the date of this Order.

FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

UNITED STATES DISTRICT JUDGE