IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OODC, LLC, | ) | Case No. 01-11322 (MFW) |
| f/k/a Optical Datacom, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| FREDERICK B. ROSNER, | ) | |
| AS CHAPTER 11 TRUSTEE | ) | |
| FOR OODC, LLC, | ) | Adv. Pro. No. 02-05965 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1382-KAJ |
| | ) | |
| ANIXTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that the Chapter 11 Trustee for OODC, LLC f/k/a Optical Datacom, LLC, the plaintiff, hereby dismisses with prejudice with each side to bear its own costs the above-referenced adversary proceeding against Anixter, Inc. pursuant to Fed R. Civ. P. 41(a) made applicable herein by Fed. R. Bankr. P. 7041.

JASPAN SCHLESINGER HOFFMAN

By:_____
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000

Counsel to Chapter 11 Trustee

KLEHR HARRISON HARVEY
BRANZBURG & ELLERS LLP

By:_____
Steven K. Kortanek
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: 302-552-5503

Counsel for Anixter, Inc.

14159